UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERVIN L. RUSSELL, as Administrator of the Estate of
Margaret Pena-Russell,
        Plaintiff,

    v.                                                      CIVIL ACTION NO. 14-13571-LTS

AFFILIATED PROFESSIONAL SERVICES,
        Defendant.

## MEMORANDUM AND ORDER

SOROKIN, U.S.D.J.

    Plaintiff Ervin L. Russell ("Russell") filed a self-prepared employment discrimination Complaint in his capacity as the Administrator of the Estate of Margaret Pena-Russell, his late wife.

    On April 10, 2015, this Court issued a Memorandum and Order (Docket No. 4) denying Russell's Motion for Leave to Proceed *in forma pauperis* because an estate is not eligible for *in forma pauperis* status. Russell was directed to pay the $400.00 filing and administrative fees of the Court within 30 days (*i.e.*, by May 1, 2015). Additionally, this Court noted that Russell could not proceed *pro se* on behalf of his late wife's estate unless he was the sole beneficiary and there were no creditors.

    Thereafter, on April 28, 2015, Russell submitted an Affidavit indicating that he was the sole beneficiary of his late wife's estate, and that there were no creditors. He also indicated that he intended to obtain counsel to pursue this action.

    On May 5, 2015, this Court issued an Electronic Order (Docket No. 7) granting Russell's request for an additional 30 days to obtain counsel. This Court noted, however, that Russell

remained obligated to pay the $400.00 filing and administrative fees for this action pursuant to the prior Memorandum and Order (Docket No. 4).

To date, Russell has not paid the filing fee as directed, nor has a Notice of Appearance been filed by any attorney.

Accordingly, for the failure of plaintiff to pay the filing and administrative fees of the Court as directed, it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety.


SO ORDERED.

                                                  /s/ Leo T. Sorokin
                                                  LEO T. SOROKIN
                                                  UNITED STATES DISTRICT JUDGE


DATED: June 11, 2015